# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**WILLIAM TIMOTHY MAYFIELD,**                                                              **PLAINTIFF**
**ADC #659228**

**VS.**                                        **4:16-CV-00683-BRW-JTK**

**RANDY MURRAY,** *et al.*                                                                **DEFENDANTS**

## ORDER

I have received the Proposed Findings and Recommendation from United States Magistrate Judge Jerome T. Kearney.[1]  No objections have been filed and the time for doing so has passed.[2]

I adopt the Recommendation in its entirety as my findings in all respects.  Accordingly, Plaintiff's Amended Complaint against Defendants is DISMISSED with prejudice for failing to state a claim upon which relief may be granted.  Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act.[3]  I certify that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[4]

Judgment will be entered shortly.

IT IS SO ORDERED this 16th day of November, 2016.

/s/  Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 7.

[2] Objections were due Monday, November 14, 2016.

[3] 28 U.S.C. § 1915(g).

[4] 28 U.S.C. § 1915(a)(3).