# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**WILLIAM TIMOTHY MAYFIELD,**                                                                  **PLAINTIFF**
**ADC #659228**

**VS.**                                           **4:16-CV-00683-BRW-JTK**

**RANDY MURRAY,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered earlier today, this case is DISMISSED with prejudice for failure to state a claim for which relief can be granted. Judgment in favor of Defendants Randy Murray, Scott Bradley, and Tracy Sutterfield is hereby entered. I certify that an *in forma pauperis* appeal from this Judgment and the Order entered earlier today would not be taken in good faith.[5]

IT IS SO ORDERED this 16th day of November, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[5] 28 U.S.C. § 1915(a)(3).